NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0003878**
**17-DEC-2014**
**09:21 AM**

NO. CAAP-13-0003878

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WILLIAM MIDDLETON, Plaintiff-Appellant,
v.
STATE OF HAWAI'I, DEPARTMENT OF HUMAN SERVICES,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-3070-11)

ORDER GRANTING THE DECEMBER 2, 2014 MOTION
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of "Appellant's Notice of Dismissal Without Prejudice of All Claims and Parties dated November 29, 2014," filed on December 2, 2014, by Plaintiff-Appellant William Middleton (**Appellant**), pro se, and the record, and noting no opposition, it appears that Appellant seeks to dismiss the appeal.

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed. The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, December 17, 2014.

Chief Judge

Associate Judge

Associate Judge